TURNER *v.* THE STATE.

Where the bill of indictment was found at the May term, 1891, of the superior court, evidence which proves the commission of the offence on some day in 1891 not fixed or described so that the jury could ascertain whether it was before or after the finding of the bill of indictment, is not sufficient to warrant a verdict of guilty. The evidence being in this condition, there was cause for a writ of *certiorari,* and the court erred in refusing to sanction the petition. *Chambers* v. *The State,* 85 *Ga.* 220; *Patton* v. *The State,* 80 *Ga.* 714(2).                                             *Judgment reversed.*

June 8, 1892.

Criminal law. Evidence. Before Judge FISH. Sumter county. April 2, 1892.

Indictment for gaming was found at the May term, 1891, of Sumter superior court, charging that the de-

fendant played and bet for money, etc., on April 26, 1891. The indictment was transferred to the county court, and at the March term, 1892, of that court, the case was tried. The testimony was, that the playing and betting was done on a Sunday evening some time "last year." After conviction the defendant presented his petition for *certiorari*. The writ was refused, and he excepted.

HINTON & CUTTS, for plaintiff in error.

C. B. HUDSON, solicitor-general, *contra.*